AO93 Search and Seizure Warrant

```
                    FILED      ____ LODGED
              ____ RECEIVED    ____ COPY

                    FEB 1 4 2024

              CLERK U S DISTRICT COURT
                DISTRICT OF ARIZONA
              BY NM              DEPUTY
```

# UNITED STATES DISTRICT COURT
## for the
## District of Arizona

In the Matter of the Search of
The Single-Family Residence located at
824 North 4th Drive, San Luis, Arizona

Case No. 24-1232MB

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

**As further described in Attachment A-1.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**As set forth in Attachment B-1.**

**YOU ARE COMMANDED** to execute this warrant on or before __2/28/2024__ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>any United States Magistrate Judge on criminal duty in the District of Arizona</u>.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☐ for _30_ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 2/14/2024 at 2:18 pm     _____
                                                *Judge's signature*

City and state: <u>Yuma, Arizona</u>         <u>Honorable James F. Metcalf, U.S. Magistrate Judge</u>
                                              *Printed name and title*

## ATTACHMENT A-1

*Property to be searched*

The property to be searched is described as a light tan, single family residence located at 824 North 4th Drive, in San Luis, Arizona. The property is located on the west side of North 4th Drive. The residence has an attached garage, a black wrought iron fence separating the property from the sidewalk, and a few small and medium sized plants on the southeast corner of the property. The residence has a brown roof, with the numbers "824" appearing in white on the eaves above the south portion of the garage. A photograph of the front of the residence appears below. The property includes the curtilage and all conveyances and/or structures located thereon.



## ATTACHMENT A-2

*Property to be searched*

The property to be searched is one (1) white 2014 Ford Mustang bearing Arizona license plate "P2A2DH" and vehicle identification number (VIN) "1ZVBP8CF5E533362". The white 2014 Ford Mustang is registered to Ricardo Ruvalcaba, listed address 232 East Cuahutemoc Street, Apartment #15, San Luis, Arizona. A photograph of a profile view of the white 2014 Ford Mustang appears below.



## ATTACHMENT B-1

## PROPERTY TO BE SEARCHED FOR AND SEIZED

1. All records relating to violations of Title 21, United States Code, Section 846, (Conspiracy to Distribute a Controlled Substance) and/or Title 21, United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance):

2. Any illicit controlled substances, including, without limitation, methamphetamine, fentanyl, cocaine, and/or heroin;

3. Drug paraphernalia or other items used for possessing, processing, testing, packaging, weighing, transporting, concealing, purchasing, selling, or ingesting illegal controlled substances;

4. United States Currency or currency of any nation, coins, precious metals, Digital currency including Bitcoin, Ethereum, Dash, or other digital coin "altcoin", and any other financial instruments believed to be proceeds of money laundering or drug sales, including any containers, devices, or secret compartments capable of holding the same;

5. Bank documents and records, financial documents and records, and any and all records and documents relating to any bank or financial transactions, including but not limited to: digital Bitcoin transactions, correspondence, signature cards, and applications for all credit card accounts, investment accounts, and retirement accounts; copies of monthly, quarterly, yearly and/or periodic account

1

statements for all such accounts; copies of check journals, check ledgers, checkbooks, deposit tickets, deposit items, credit memos, debit memos, canceled checks, loan applications, and/or any related financial statements, and/or mortgage and/or promissory notes for all such accounts; copies of loan ledger accounts; copies of annual loan statements; application for bank drafts, cashier's checks, and foreign drafts, with associated copies of cancelled checks, check registers, safe deposit box records and keys, wire transfer receipts, money order receipts and purchases, and records relating to employment, wages earned and paid, business income earned, and other compensation records;

6. Books, records, receipts, notes, ledgers, correspondence, and other papers relating to the transportation, ordering, purchase, and distribution of controlled substances, or the laundering of drug proceeds;

7. Any and all monetary related customer lists, dealer lists, or any notes containing the individual names of such persons, telephone numbers and/or addresses of these customers or dealers, any corresponding records of accounts receivable, money paid or received, drug supplied or received, cash supplied or received, and digital currency supplied or received;

8. Papers, tickets, notes, receipts, and other items relating to domestic and international travel, including but not limited to, appointment calendars, receipts, notes, letters, airline tickets, bus tickets, food receipts, hotels, and/or other lodging receipts, related correspondence, envelopes, and opened and unopened mail;

9. Books, records, invoices, receipts, correspondence, records of real estate transactions and documents showing ownership of real estate, vehicles, bank statements and related records, passbooks, money drafts, letters of credit, money orders, bank drafts, cashiers' checks, bank checks, loan applications, safe deposit box keys, money wrappers, and other items evidencing the obtaining, secreting, transfer, and/or concealment of assets and the obtaining, secreting, transfers, concealment and/or expenditure of money;

10. Address and/or telephone books, Rolodex indices and any papers reflecting names, addresses, telephone numbers, pager numbers, fax numbers and/or telex numbers of co-conspirators, sources of supply, customers, financial institutions, and other individuals or businesses with whom a financial relationship exists or which indicate a criminal association between co-conspirators;

11. Indicia of occupancy, residency, rental and/or ownership of the premises described herein, including, utility and telephone bills, canceled envelopes, rental purchase or lease agreements, and keys;

12. Indicia of ownership or control over any vehicles or aircraft including, but not limited to, titles, registrations, receipts, repair bills, and keys belonging to that vehicle;

13. Items and/or documents evidencing the expenditure of the proceeds of money laundering or drug distribution, including, but not limited to, real estate, vehicles, aircraft, clothing, furniture, jewelry, artwork, and electronic equipment;

14. Items used for identification, including identification cards under fictitious names, and any other type of false identifying documents;

15. Any telephone, cellular telephone, tablet, computer[1], USB storage device, electronic digital currency storage devices, or digital display device found in the locations to be searched and/or on their person;

16. Documentation relating to the purchase and/or disposition of firearms, ammunition, magazines, cases, boxes, holsters, slings, gun pieces, gun cleaning items or kits, ammunition belts, original box packaging, targets, expended pieces of lead, and records, receipts, or other paperwork showing the purchase, storage, disposition, or dominion and control over firearms and/or ammunition;

17. Photographs, identification cards, address books or similar items which indicate a criminal association between co-conspirators;

18. Packaging material, shipping material, shipping labels, shipping postage, and any other paraphernalia related to the use and/or distribution of controlled substances; and/or

19. Safes or storage containers where co-conspirators would store, place, or keep records, documents, and/or information of illegal business transactions.

---

[1] The term "computer" includes all types of electronic, magnetic, optical, electrochemical, or other high speed data processing devices performing logical, arithmetic, or storage functions, including desktop computers, notebook computers, mobile telephones, tablets, server computers, and network hardware. In the event that law enforcement officers seize any electronic media, law enforcement officers will first obtain a warrant to search the contents thereof prior to conducting any examination of the contents of said electronic media.

4

## ATTACHMENT B-2

## PROPERTY TO BE SEARCHED FOR AND SEIZED

1. All records relating to violations of Title 21, United States Code, Section 846, (Conspiracy to Distribute a Controlled Substance) and/or Title 21, United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance):

2. Any illicit controlled substances, including, without limitation, methamphetamine, fentanyl, cocaine, and/or heroin;

3. Drug paraphernalia or other items used for possessing, processing, testing, packaging, weighing, transporting, concealing, purchasing, selling, or ingesting illegal controlled substances;

4. United States Currency or currency of any nation, coins, precious metals, Digital currency including Bitcoin, Ethereum, Dash, or other digital coin "altcoin", and any other financial instruments believed to be proceeds of money laundering or drug sales, including any containers, devices, or secret compartments capable of holding the same;

5. Bank documents and records, financial documents and records, and any and all records and documents relating to any bank or financial transactions, including but not limited to: digital Bitcoin transactions, correspondence, signature cards, and applications for all credit card accounts, investment accounts, and retirement accounts; copies of monthly, quarterly, yearly and/or periodic account

statements for all such accounts; copies of check journals, check ledgers, checkbooks, deposit tickets, deposit items, credit memos, debit memos, canceled checks, loan applications, and/or any related financial statements, and/or mortgage and/or promissory notes for all such accounts; copies of loan ledger accounts; copies of annual loan statements; application for bank drafts, cashier's checks, and foreign drafts, with associated copies of cancelled checks, check registers, safe deposit box records and keys, wire transfer receipts, money order receipts and purchases, and records relating to employment, wages earned and paid, business income earned, and other compensation records;

6. Books, records, receipts, notes, ledgers, correspondence, and other papers relating to the transportation, ordering, purchase, and distribution of controlled substances, or the laundering of drug proceeds;

7. Any and all monetary related customer lists, dealer lists, or any notes containing the individual names of such persons, telephone numbers and/or addresses of these customers or dealers, any corresponding records of accounts receivable, money paid or received, drug supplied or received, cash supplied or received, and digital currency supplied or received;

8. Papers, tickets, notes, receipts, and other items relating to domestic and international travel, including but not limited to, appointment calendars, receipts, notes, letters, airline tickets, bus tickets, food receipts, hotels, and/or other lodging receipts, related correspondence, envelopes, and opened and unopened mail;

9. Books, records, invoices, receipts, correspondence, records of real estate transactions and documents showing ownership of real estate, vehicles, bank statements and related records, passbooks, money drafts, letters of credit, money orders, bank drafts, cashiers' checks, bank checks, loan applications, safe deposit box keys, money wrappers, and other items evidencing the obtaining, secreting, transfer, and/or concealment of assets and the obtaining, secreting, transfers, concealment and/or expenditure of money;

10. Address and/or telephone books, Rolodex indices and any papers reflecting names, addresses, telephone numbers, pager numbers, fax numbers and/or telex numbers of co-conspirators, sources of supply, customers, financial institutions, and other individuals or businesses with whom a financial relationship exists or which indicate a criminal association between co-conspirators;

11. Indicia of occupancy, residency, rental and/or ownership of the premises described herein, including, utility and telephone bills, canceled envelopes, rental purchase or lease agreements, and keys;

12. Indicia of ownership or control over any vehicles or aircraft including, but not limited to, titles, registrations, receipts, repair bills, and keys belonging to that vehicle;

13. Items and/or documents evidencing the expenditure of the proceeds of money laundering or drug distribution, including, but not limited to, real estate, vehicles, aircraft, clothing, furniture, jewelry, artwork, and electronic equipment;

3

14. Items used for identification, including identification cards under fictitious names, and any other type of false identifying documents;

15. Any telephone, cellular telephone, tablet, computer[1], USB storage device, electronic digital currency storage devices, or digital display device found in the locations to be searched and/or on their person;

16. Documentation relating to the purchase and/or disposition of firearms, ammunition, magazines, cases, boxes, holsters, slings, gun pieces, gun cleaning items or kits, ammunition belts, original box packaging, targets, expended pieces of lead, and records, receipts, or other paperwork showing the purchase, storage, disposition, or dominion and control over firearms and/or ammunition;

17. Photographs, identification cards, address books or similar items which indicate a criminal association between co-conspirators;

18. Packaging material, shipping material, shipping labels, shipping postage, and any other paraphernalia related to the use and/or distribution of controlled substances; and/or

19. Safes or storage containers where co-conspirators would store, place, or keep records, documents, and/or information of illegal business transactions.

---

[1] The term "computer" includes all types of electronic, magnetic, optical, electrochemical, or other high speed data processing devices performing logical, arithmetic, or storage functions, including desktop computers, notebook computers, mobile telephones, tablets, server computers, and network hardware. In the event that law enforcement officers seize any electronic media, law enforcement officers will first obtain a warrant to search the contents thereof prior to conducting any examination of the contents of said electronic media.